| | | Selected Discriminatory Loans Issued by Wells Fargo Loans Entering the Foreclosure Process | | | | | | | | | | | |
| | | Gross Assessment as of January 1 | | | | | | | | | | | |
| Address | First Foreclosure Event Date | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 141 MCDANIEL CIR | 9/18/2008 | $353,838 | $360,914 | $305,547 | $135,176 | $164,608 | $156,376 | $145,478 | $172,544 | $173,326 | $176,788 | $179,483 | $183,071 |
| 1820 60TH AVE | 12/30/2008 | $199,774 | $203,768 | $228,684 | $113,558 | $130,000 | $127,047 | $125,000 | $127,500 | $128,078 | $130,636 | $132,627 | $245,000 |
| 6780 TORTOLA WAY | 7/7/2008 | $315,000 | $295,596 | $229,408 | $229,000 | $95,771 | $90,024 | $82,822 | $100,388 | $100,842 | $102,856 | $104,423 | $228,800 |
| 564 MORRISON AVE | 10/26/2009 | $219,300 | $223,685 | $228,158 | $153,594 | $153,594 | $60,450 | $61,200 | $62,424 | $62,706 | $63,958 | $64,932 | $185,000 |
| 3600 40TH ST | 7/22/2008 | $32,532 | $33,182 | $240,000 | $171,360 | $171,360 | $171,000 | $40,000 | $55,000 | $55,248 | $56,351 | $57,209 | $58,353 |