| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |  |
|---|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | **TRANSCRIPT ORDER** | | **DUE DATE:** | |
| 1. YOUR NAME<br>Edward Sangster | 2. EMAIL<br>ed.sangster@klgates.com | 3. PHONE NUMBER<br>(415) 882-8200 | 4. DATE<br>3-10-20 | |
| 5. MAILING ADDRESS<br>K&L Gates LLP 4 Embarcadero, Ste 1200 | | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94111 |
| 9. CASE NUMBER<br>2:18-cv-00416-KJM-AC | 10. JUDGE<br>Kimberly J. Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM March 6, 2020 | 12. TO March 6, 2020 | |
| 13. CASE NAME<br>City of Sacramento v. Wells Fargo & Co. et al | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Motion Hearing | 3/6/20 | Tiphanne Crowe |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional). — ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Edward Sangster | PROCESSED BY |
|---|---|
| 20. DATE<br>3-10-20 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |