Case 2:18-cv-00416-KJM-AC   Document 70   Filed 04/12/21   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Sacramento,<br><br>            Plaintiff,<br><br>     v.<br><br>Wells Fargo & Co., et al.,<br><br>            Defendants. | No. 2:18-cv-00416-KJM-AC<br><br>ORDER |

Having reviewed the parties' joint status report, the court orders as follows:

1. The close of fact discovery is **April 1, 2022**.
2. The deadline to serve expert disclosures under Rule 26(a)(2) is **May 1, 2022**.
3. The deadline to serve rebuttal expert disclosures under rule 26(a)(2)(D)(ii) is **June 1, 2022**.
4. The deadline to complete expert depositions is **July 1, 2022**.
5. Briefing and a hearing on motions for summary judgment will proceed as follows:
    a. The deadline to file motions for summary judgment is **September 1, 2022**.
    b. Oppositions must be filed by **November 1, 2022**.
    c. Replies must be filed by **December 1, 2022**.

1

        d.  The motions for summary judgment will be heard on **December 16, 2022 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: April 12, 2021.

                                            CHIEF UNITED STATES DISTRICT JUDGE