1  Edward P Sangster (SBN 121041)
   edward.sangster@klgates.com
2  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
3  San Francisco, CA  94111
   Telephone:     (415) 882-8200
4  Facsimile:     (415) 882-8220

5  Paul F. Hancock (admitted pro hac vice)
   Paul.Hancock@klgates.com
6  Olivia Kelman (admitted pro hac vice)
   Olivia.Kelman@klgates.com
7  K&L GATES LLP
   200 S. Biscayne Blvd., Suite 3900
8  Miami, FL 33131
   Telephone:     (305) 539-3300
9  Facsimile:     (305) 358-7095

10 Bart H. Williams (SBN 134009)
   bwilliams@proskauer.com
11 PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
12 Los Angeles, CA  90067
   Telephone:     (310) 557-2900
13 Facsimile:     (310) 557-2193

14 Attorneys for Defendants
   Wells Fargo & Co and
15 Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SACRAMENTO,<br>a municipal Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 2:18-cv-00416-KJM-AC<br><br>**STIPULATION FOR STAY AND CONDITIONAL DISMISSAL** |

2:18-00416

**STIPULATION FOR STAY AND CONDITIONAL DISMISSAL**

## RECITALS

WHEREAS, the United States Court of Appeals for the Ninth Circuit published its decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021) (the "*City of Oakland* Decision");

WHEREAS, the *City of Oakland* Decision is binding in this action and requires dismissal of Plaintiff's First Amended Complaint;

WHEREAS, the City of Sacramento's counsel, who also represents the City of Oakland, informed Wells Fargo that the City of Oakland plans to file a petition for writ of certiorari in the United States Supreme Court;

WHEREAS, the City of Sacramento requested that Wells Fargo agree to a stay of this action pending a dispositive order from the Supreme Court on the City of Oakland's anticipated petition for writ of certiorari, and Wells Fargo has agreed to that request;

WHEREAS, the parties agree that it is appropriate to stay this action while Oakland exhausts its right to seek review by the Supreme Court, but unless the *City of Oakland* Decision is overturned by the Supreme Court, this lawsuit must be dismissed.

NOW, THEREFORE, the parties do stipulate and agree as follows:

## STIPULATION

1. The above captioned action shall be stayed for all purposes pending the deadline (including any extensions granted by the Supreme Court) for the City of Oakland to file a petition for writ of certiorari in response to the *City of Oakland* Decision or, if a petition for writ of certiorari is filed, a dispositive order from the Supreme Court on the petition.

2. The Court shall dismiss with prejudice the City of Sacramento's First Amended Complaint if the City of Oakland fails to file a petition for writ of certiorari prior to the applicable deadline (including any extensions granted by the Supreme Court) or the Supreme Court denies the petition.

3. Either party may, after conferring with opposing counsel, file a notice with this Court of the City of Oakland failing to file a petition for writ of certiorari prior to the applicable deadline (including any extensions granted by the Supreme Court) or the Supreme Court denying

the petition, with a proposed order dismissing the City of Sacramento's First Amended Complaint with prejudice pursuant to this stipulation.

4. In the event that the City of Sacramento's First Amended Complaint is dismissed with prejudice pursuant to this stipulation, each party agrees to bear its own costs and expenses, including attorneys' fees.

DATED: October 15, 2021    PERETZ & ASSOCIATES

By: ___/s/ Yosef Peretz___
      Yosef Peretz

Attorneys for Plaintiff
CITY OF SACRAMENTO

DATED: October 15, 2021    K&L GATES LLP

By: ___/s/ Edward P. Sangster___
      Edward P. Sangster

Attorneys for Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A.

## ORDER

IT IS SO ORDERED.

DATED:_____    _____

Kimberly J. Mueller
United States District Judge