Edward P Sangster (SBN 121041)
edward.sangster@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:     (415) 882-8200
Facsimile:     (415) 882-8220

Paul F. Hancock (admitted pro hac vice)
Paul.Hancock@klgates.com
Olivia Kelman (admitted pro hac vice)
Olivia.Kelman@klgates.com
K&L GATES LLP
200 S. Biscayne Blvd., Suite 3900
Miami, FL 33131
Telephone:     (305) 539-3300
Facsimile:     (305) 358-7095

Bart H. Williams (SBN 134009)
bwilliams@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

Attorneys for Defendants
Wells Fargo & Co and
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SACRAMENTO, a municipal Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 2:18-cv-00416-KJM-AC<br><br>**STIPULATION FOR STAY AND CONDITIONAL DISMISSAL; ORDER** |

**RECITALS**

WHEREAS, the United States Court of Appeals for the Ninth Circuit published its decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021) (the "*City of Oakland* Decision");

WHEREAS, the *City of Oakland* Decision is binding in this action and requires dismissal of Plaintiff's First Amended Complaint;

WHEREAS, the City of Sacramento's counsel, who also represents the City of Oakland, informed Wells Fargo that the City of Oakland plans to file a petition for writ of certiorari in the United States Supreme Court;

WHEREAS, the City of Sacramento requested that Wells Fargo agree to a stay of this action pending a dispositive order from the Supreme Court on the City of Oakland's anticipated petition for writ of certiorari, and Wells Fargo has agreed to that request;

WHEREAS, the parties agree that it is appropriate to stay this action while Oakland exhausts its right to seek review by the Supreme Court, but unless the *City of Oakland* Decision is overturned by the Supreme Court, this lawsuit must be dismissed.

NOW, THEREFORE, the parties do stipulate and agree as follows:

**STIPULATION**

1. The above captioned action shall be stayed for all purposes pending the deadline (including any extensions granted by the Supreme Court) for the City of Oakland to file a petition for writ of certiorari in response to the *City of Oakland* Decision or, if a petition for writ of certiorari is filed, a dispositive order from the Supreme Court on the petition.

2. The Court shall dismiss with prejudice the City of Sacramento's First Amended Complaint if the City of Oakland fails to file a petition for writ of certiorari prior to the applicable deadline (including any extensions granted by the Supreme Court) or the Supreme Court denies the petition.

3. Either party may, after conferring with opposing counsel, file a notice with this Court of the City of Oakland failing to file a petition for writ of certiorari prior to the applicable deadline (including any extensions granted by the Supreme Court) or the Supreme Court denying

the petition, with a proposed order dismissing the City of Sacramento's First Amended Complaint with prejudice pursuant to this stipulation.

4. In the event that the City of Sacramento's First Amended Complaint is dismissed with prejudice pursuant to this stipulation, each party agrees to bear its own costs and expenses, including attorneys' fees.

DATED: October 15, 2021                    PERETZ & ASSOCIATES


                                           By:      /s/ Yosef Peretz
                                                   Yosef Peretz

                                           Attorneys for Plaintiff
                                           CITY OF SACRAMENTO


DATED: October 15, 2021                    K&L GATES LLP


                                           By:      /s/ Edward P. Sangster
                                                   Edward P. Sangster

                                           Attorneys for Defendants WELLS FARGO &
                                           CO. and WELLS FARGO BANK, N.A.

## ORDER

The court stays this action pending the deadline for the City of Oakland to file a petition for writ of certiorari of the decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021). The parties shall notify the court within seven days of the resolution of the proceedings.

IT IS SO ORDERED.

DATED: October 19, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION FOR STAY AND CONDITIONAL DISMISSAL; ORDER**