Edward P Sangster (SBN 121041)
edward.sangster@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:     (415) 882-8200
Facsimile:      (415) 882-8220

Paul F. Hancock (admitted pro hac vice)
Paul.Hancock@klgates.com
Olivia Kelman (admitted pro hac vice)
Olivia.Kelman@klgates.com
K&L GATES LLP
200 S. Biscayne Blvd., Suite 3900
Miami, FL 33131
Telephone:     (305) 539-3300
Facsimile:      (305) 358-7095

Bart H. Williams (SBN 134009)
bwilliams@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone:     (310) 557-2900
Facsimile:      (310) 557-2193

Attorneys for Defendants
Wells Fargo & Co and
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SACRAMENTO,<br>a municipal Corporation<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Defendants. | Case No.: 2:18-cv-00416-KJM-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**RECITALS**

WHEREAS, the United States Court of Appeals for the Ninth Circuit published its decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021) (the "*City of Oakland* Decision");

WHEREAS, the *City of Oakland* Decision is binding in this action and requires dismissal of Plaintiff's First Amended Complaint;

WHEREAS, on October 15, 2021, the parties to this action filed a stipulation to dismiss Plaintiff's First Amended Complaint if the City of Oakland failed to file a petition for writ of certiori in the United States Supreme Court (Dkt. No. 71);

WHEREAS, the City of Oakland has informed the Ninth Circuit that it has decided not to pursue a petition for writ of certiori in the United States Supreme Court (9th Cir. Case No. 19-15169, Dkt. No. 126);

///

///

///

-1-
**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

NOW, THEREFORE, the parties do further stipulate and agree as follows:

**STIPULATION**

1. The Court shall dismiss with prejudice the City of Sacramento's First Amended Complaint.

2. Each party agrees to bear its own costs and expenses, including attorneys' fees.

DATED:  January 27, 2022                    PERETZ & ASSOCIATES


By:_____/s/ Yosef Peretz_____
         Yosef Peretz

Attorneys for Plaintiff
CITY OF SACRAMENTO


DATED:  January 27, 2022                    K&L GATES LLP


By:_____/s/ Edward P. Sangster_____
         Edward P. Sangster

Attorneys for Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A.

**ORDER**

The parties' stipulation is approved.  Plaintiff's First Amended Complaint is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses, including attorneys' fees.

DATED:_____        _____
                                                            Kimberly J. Mueller
                                                            United States District Judge

-2-
**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**