1 | Edward P Sangster (SBN 121041)
edward.sangster@klgates.com
2 | K&L GATES LLP
Four Embarcadero Center, Suite 1200
3 | San Francisco, CA  94111
Telephone:      (415) 882-8200
4 | Facsimile:      (415) 882-8220

5 | Paul F. Hancock (admitted pro hac vice)
Paul.Hancock@klgates.com
6 | Olivia Kelman (admitted pro hac vice)
Olivia.Kelman@klgates.com
7 | K&L GATES LLP
200 S. Biscayne Blvd., Suite 3900
8 | Miami, FL 33131
Telephone:      (305) 539-3300
9 | Facsimile:      (305) 358-7095

10 | Bart H. Williams (SBN 134009)
bwilliams@proskauer.com
11 | PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
12 | Los Angeles, CA  90067
Telephone:      (310) 557-2900
13 | Facsimile:      (310) 557-2193

14 | Attorneys for Defendants
Wells Fargo & Co and
15 | Wells Fargo Bank, N.A.

16 | UNITED STATES DISTRICT COURT

17 | EASTERN DISTRICT OF CALIFORNIA

18 |

19 | CITY OF SACRAMENTO,
a municipal Corporation

Case No.: 2:18-cv-00416-KJM-AC

20 |

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff,

21 | vs.

22 | WELLS FARGO & CO., and WELLS FARGO
23 | BANK, N.A.,

24 | Defendants.

25 |

26 |

27 |

28 |

2:18-00416

1

**RECITALS**

2          WHEREAS, the United States Court of Appeals for the Ninth Circuit published its

3 decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021)

4 (the "*City of Oakland* Decision");

5          WHEREAS, the *City of Oakland* Decision is binding in this action and requires dismissal

6 of Plaintiff's First Amended Complaint;

7          WHEREAS, on October 15, 2021, the parties to this action filed a stipulation to dismiss

8 Plaintiff's First Amended Complaint if the City of Oakland failed to file a petition for writ of

9 certiori in the United States Supreme Court (Dkt. No. 71);

10          WHEREAS, the City of Oakland has informed the Ninth Circuit that it has decided not to

11 pursue a petition for writ of certiori in the United States Supreme Court (9th Cir. Case No. 19-

12 15169, Dkt. No. 126);

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

NOW, THEREFORE, the parties do further stipulate and agree as follows:

**STIPULATION**

1.     The Court shall dismiss with prejudice the City of Sacramento's First Amended Complaint.

2.     Each party agrees to bear its own costs and expenses, including attorneys' fees.


DATED:  January 27, 2022                    PERETZ & ASSOCIATES


By:_____/s/ Yosef Peretz_____
              Yosef Peretz

Attorneys for Plaintiff
CITY OF SACRAMENTO


DATED:  January 27, 2022                    K&L GATES LLP


By:_____/s/ Edward P. Sangster_____
              Edward P. Sangster

Attorneys for Defendants WELLS FARGO &
CO. and WELLS FARGO BANK, N.A.


**ORDER**

The parties' stipulation is approved.  Plaintiff's First Amended Complaint is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses, including attorneys' fees.

DATED:  February 1, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**